AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern Division of Texas - Dallas

| | |
|---|---|
| RADIO TOWER NETWORKS, LLC <br><br> *Plaintiff(s)* <br> v. <br> CROSSPOINT COMMUNICATIONS, INC. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:18-cv-03003-K |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  CROSSPOINT COMMUNICATIONS, INC.
501 Duncan Perry Road
Arlington, Texas 76011

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jay Johnson
Kizzia Johnson PLLC
1910 Pacific Ave.
Suite 13000
Dallas, TX 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/21/2018

s/K. Cheng, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:18-cv-03003-K

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

[Print] [Save As...] [Reset]

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Texas

Case Number: 3:18-CV-03003-K

Plaintiff:
**RADIO TOWER NETWORKS, LLC**

vs.

Defendant:
**CROSSPOINT COMMUNICATIONS, INC.**

For:
Jay Johnson
1910 Pacific Avenue
Suite 13000
Dallas, TX 75201

Received by On Time Process Service on the 21st day of November, 2018 at 9:51 am to be served on **Crosspoint Communications, Inc., 501 Duncan Perry Road, Arlington, TX 76011.**

I, Charles P Goodson, being duly sworn, depose and say that on the **27th day of November, 2018** at **1:20 pm**, I:

Executed service by delivering a true copy of the **Summons in a Civil Action, Copy of Complaint for Patent Infringement**, to: **Mike Fordinal** as **Authorized Person** at the address of: **501 Duncan Perry Road, Arlington, TX 76011**, who is authorized to accept service for **Crosspoint Communications, Inc.**, and informed said person of the contents therein, in compliance with state statutes.

"I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. I have personal knowledge of the facts set forth in this affidavit, and they are true and correct."

Subscribed and Sworn to before me on the 28th day of November, 2018 by the affiant who is personally known to me.

NOTARY PUBLIC

KELLEY GOODSON
Notary Public, State of Texas
Comm. Expires 11-03-2019
Notary ID 128292590

**Charles P Goodson**
PSC-6487 Expires 2/28/2019

**On Time Process Service**
1700 Pacific Ave
Suite 1040
Dallas, TX 75201
(214) 740-9999

Our Job Serial Number: ONT-2018004573
Ref: RADIO TOWER/CROSSPOINT COMM

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V8.0i

