IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RADIO TOWER NETWORKS, LLC, | § | |
| | § | |
| Plaintiff, | § | Case No: 3:18-CV-3003-K |
| | § | |
| vs. | § | |
| | § | |
| CROSSPOINT COMMUNICATIONS, INC., | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Radio Tower Networks, LLC hereby files this voluntary Notice of Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Radio Tower Networks LLC voluntarily dismisses this action against Defendant without prejudice pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: January 15, 2019

Respectfully submitted,

*/s/Jay Johnson*
**JAY JOHNSON**
State Bar No. 24067322
**D. BRADLEY KIZZIA**
State Bar No. 11547550
**KIZZIA JOHNSON, PLLC**
1910 Pacific Ave., Suite 13000
Dallas, Texas 75201
(214) 451-0164
Fax: (214) 451-0165
jay@kjpllc.com
bkizzia@kjpllc.com

**ATTORNEYS FOR PLAINTIFF**